N. HERRICK et al., Appellants, v. WM. A. HANCOCK AND WIFE, Appellees.   (Civil No. 254.)

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

Alexander and Lighthizer, for Appellants.

No appearance for Appellees.

July 2, 1888.   Dismissed on motion of appellants.